IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **DIRECTORY ASSISTANTS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:13-0503 |
| | ) | Judge Sharp/Knowles |
| v. | ) | |
| | ) | |
| **JOHN DOE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action, by their undersigned attorneys, do hereby stipulate and agree that this action shall be dismissed with prejudice and without costs to any party.

Respectfully submitted,

| | |
|---|---|
| Dodson Parker Behm and Capparella PC | White & Rhodes, PC |
| | |
| s/Donald Capparella | s/Kreis White |
| By: **Donald Capparella** | By: **Kreis White** |
| Dodson Parker Behm and Capparella PC | White & Rhodes, PC |
| 1310 Sixth Avenue North | Brentwood Commons Two, Suite 230 |
| Suite 1130 | 750 Old Hickory Boulevard |
| Nashville, TN 37208 | Brentwood, TN 37027 |
| capparella@dodsonparker.com | |
| (615) 254-2291 | (615) 309-0400 |
| (615) 726-2241 (fax) | (615) 309-0404 (fax) |
| | Kwhite@wsrb-law.com |
| | |
| Counsel for Directory Assistants, Inc | Counsel for Healthmart USA, LLC |
| | And Gregg Lawrence |

12306603-v2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Dismissal has been served via the Court's electronic filing system on July 15, 2013. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

s/Donald Capparella
Donald Capparella